IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| JANE M. CARPENTER, *Plaintiff*, | CIVIL NO. 6:09cv00034 |
| v. | ORDER |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, *Defendant* | JUDGE NORMAN K. MOON |

On January 8, 2010, I referred this case to the Honorable Michael F. Urbanski, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The parties subsequently filed cross motions for summary judgment [docket nos. 14, 20]. On August 6, 2010, the Magistrate Judge filed a Report and Recommendation ("Report") [docket no. 24]. In the Report, Judge Urbanski recommends that the Commissioner's final decision be affirmed and that Defendant's motion for summary judgment be granted. Upon my review of the record, and no objection to the Report having been filed within fourteen days of its service upon the parties pursuant to 28 U.S.C. § 636(b), the Report [docket no. 16] is hereby ADOPTED in its entirety, Defendant's motion for summary judgment [docket no. 20] is hereby GRANTED, and Plaintiff's motion for summary judgment [docket no. 14] is hereby DENIED. Accordingly, this case will be stricken from the active docket of the Court.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record and to Judge Urbanski.

It is so ORDERED.

ENTERED : This 23rd day of August, 2010.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE